

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2022

No. 04-22-00171-CR

Johnny Brown **MITCHELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 36295
Honorable Bob Brendel, Judge Presiding

# O R D E R

The clerk's record, which was filed in this appeal on March 29, 2022 and the supplemental clerk's record which was filed on April 6, 2022 do not contain a trial court's certification of the defendant's right of appeal, pursuant to TEX. R. APP. P. 25.2(d). It is therefore ORDERED that the trial court cause the trial court clerk to file a supplemental clerk's record containing a certification within twenty days from the date of this order.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2022.

_____
Michael A. Cruz,
Clerk of Court